In the Matter of the Claim of LOUIS F. VOGT, Respondent, against THE LONG ISLAND RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Claimant was employed as a car float brakeman, drawing of switches, assisting train crews in making up and adding to their trains and in disposing of inbound trains on the various tracks of the railroad, employer, at Long Island City, in the East river opposite Thirty-fourth street. The question was whether claimant

was engaged in interstate commerce at the time of the injury. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes McNamee, Crapser and Heffernan, JJ.